# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-770-GW(SPx) | Date | April 20, 2012 |
|---|---|---|---|
| Title | *Edwin Figueroa v. Sport Chalet Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On April 19, 2012, Plaintiff Edwin Figueroa filed a Notice of Settlement.  The Court, on its own motion, sets an Order to Show Cause hearing re: Settlement is set for **June 21, 2012 at 8:30 a.m.**

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on June 20, 2012.

The scheduling conference set for April 26, 2012, is vacated and taken off-calendar.

                                                                                                                                  :
                                                                            Initials of Preparer    JG