*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>    Plaintiff,<br><br>v.<br><br>SPORT CHALET, INC., et al.,<br><br>    Defendants.<br>_____ / | Case No. CV 12-770-GW(SPx)<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant Sport Chalet, Inc. dba Sport Chalet #0013,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties.

Dated: May 8, 2012

                                             */s/ George H. Wu*
                                         GEORGE H. WU, U.S. District Judge